FILED'09 APR 10 13:08USDC-ORP

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ROTISH V. SINGH,

    Petitioner,

v.

BRIAN BELLEQUE,

    Respondent.

ORDER

Civil No. 07-990-PK

HAGGERTY, District Judge:

    Magistrate Judge Papak referred to this court a Findings and Recommendation [29] in this matter. The Magistrate Judge recommends that petitioner Rotish V. Singh's Amended Petition for Writ of Habeas Corpus [20] be denied and dismissed with prejudice. Petitioner filed timely objections, and respondent filed timely responses. For the following reasons, this court adopts the Findings and Recommendation.

1  - ORDER

## STANDARDS

When a party objects to any portion of a Findings and Recommendation, the district court must conduct a *de novo* review. 28 U.S.C. § 636(b)(1)(B); *McDonnell Douglas Corp. v. Commodore Bus. Mach. Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). The court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).

## DISCUSSION

Petitioner brings this habeas corpus action pursuant to 22 U.S.C. § 2254. The Findings and Recommendation contains a factual summary outlining the history of this matter, and the facts will not be repeated here. The Findings and Recommendation found that: petitioner was not denied the right to assistance of counsel; petitioner's sentence was not imposed in violation of the United States Constitution; petitioner did not prove any of his claims by a preponderance of the evidence; and petitioner entered a knowing, intelligent, and voluntary plea. Findings and Recommendation at 5.

Petitioner objects to the Findings and Recommendation it its "entirety for the reasons stated in petitioner's memorandum" to the Magistrate Judge. Petitioner's Objections at 1. Petitioner's summary "objections" imply that all of petitioner's initial arguments should now be revisited. This court has conducted a *de novo* review of the entire record and has considered those arguments initially advanced by petitioner. This court concludes that the Findings and Recommendation adequately dealt with petitioner's arguments and that they do not merit additional analysis here. This court's *de novo* review of the record supports adoption of the Findings and Recommendation in its entirety.

2  - ORDER

## CONCLUSION

For the foregoing reasons, the court adopts the Findings and Recommendation [29]. Petitioner Rotish V. Singh's Amended Petition for Writ of Habeas Corpus [20] is DENIED and this case is DISMISSED with prejudice.

IT IS SO ORDERED.

DATED this 10 day of April, 2009.

Ancer L. Haggerty
United States District Judge

3 - ORDER